UNITED STATES DISTRICT COURT
Northern Indiana District
1300 South Harrison Street
Fort Wayne, IN 46802

1:09 CV 361 TLS

**PLAINTIFF:**

Albert J. Sollars - 1021 Spencer Avenue - Marion (Grant County) Indiana 46952

**DEFENDANTS:**

Senator Harry Reid  522 Hart Senate Office Building  Washington D.C. 20510
Senator Bernard Sanders  332 Dirksen Senate Office Building  Washington D.C. 20510
Senator Mary L. Landrieu  328 Hart Senate Office Building  Washington D.C. 20510
Senator Ben Nelson  716 Hart Senate Office Building  Washington D.C. 20510
Senator Patrick J. Leahy  433 Russell Senate Office Building  Washington D.C. 20510
Senator Christopher J. Dodd  448 Russell Senate Office Building  Washington D.C. 20510
Senator Max Baucus  511 Hart Senate Office Building  Washington D.C. 20510
Senator Bill Nelson 720 Hart Senate Office Building  Washington D.C. 20510
Senators John and Mary Doe, 1 thru 53, to be named later, whose addresses are in various Senate Office Buildings in Washington D.C.

**COMPLAINT:**

(1)  I am suing the Federal Government, specifically, eight Senators in the United States Congress, and more as determined later. Due to the extremely urgent nature of the situation, I am asking the Court for relief in the form of an emergency injunction to stop the Senate vote planned for December 24th 2009 on the Healthcare Reform Bill.

I assert that Senator Harry Reid did offer things of value (bribes) to these eight Senators to influence them in the performance of their official acts of voting. Senator Reid offered these bribes to persuade them to change their votes on said Healthcare Reform Bill from "No" to "Yes" to get the Bill passed. Further, I assert that the said eight Senators are the Defendants named above, and that they did accept financial incentives and bribes from Senator Reid and did change their votes to "Yes."

It seems that everyday a different Senator announces to the world, with pride, how much Senator Reid paid them for their vote. This practice must be stopped, and stopped now, and these people must pay for their crimes, or the United States legal system will unravel at the seams, and this country will be the laughing stock of the world. It appears that their entire philosophy is "Do whatever it takes to get it done. Lie, cheat and steal, the end justifies the means." Their philosophy is dead wrong.

Without these bribes, these Senators had steadfastly refused to vote "Yes" on this Bill. Therefore, the "Yes" votes are not based on the Senator's beliefs in the merits of the Bill, but solely upon the bribes offered by Harry Reid, and the bribes accepted by each individual Defendant. Further, Harry Reid has steadfastly refused to disclose the contents of this Bill to the other Senators, and/or the public, and not one of the Senators have read this Bill. They don't even know what they are voting for. At least these eight Senators voted to receive payment of bribes, so they knew what they were voting for. Their bribe. I assert that Harry Reid and the other eight Defendants named in this Complaint have committed criminal acts of Bribery, blatant acts of discrimination against an overwhelming majority of Americans, and illegal use of taxpayer's monies to induce Senators to change their votes.

I am requesting that this Court immediately issue an injunction postponing the voting on this Bill for an indefinite period. To let it go forward would be condoning the bribery and misappropriation of funds by Harry Reid.

I further request relief for the citizens of the United States by the Attorney General immediately beginning an investigation of these bribery charges against these

Defendants, with the purpose of indicting and bringing these Defendants to trial, hopefully followed by conviction and prison terms for each of them.

Further, each of these Defendants has admitted publicly, that they "held out" changing their votes from "No" to "Yes" for financial gain. Additionally, Harry Reid took tax money from private taxpayers to enrich the coffers of these fellow Democrat Party members. Reid displayed blatant discrimination by excluding the majority of taxpayers from his largesse, giving Nebraskans virtually free Medicaid when all other states must pay full price for Medicaid. This was a payoff to Senator Ben Nelson for his vote; Reid gave $300 million dollars of taxpayer monies to another Democrat, Mary Landrieu for her vote, She gushed, "I got $300 million!; Reid gave Senator Bill Nelson another bribe in the form of allowing one segment of 800,000 Florida voters to keep benefits in Medicare Advantage Plans which said benefits are denied to the rest of the Seniors enrolled in Medicare Advantage Plans in the other 49 states. This is also blatant discrimination against the over whelming majority, and is favoritism bestowed upon the Florida group as payoff to Senator Nelson for his "Yes" vote. Again, this practice must be stopped, and stopped now!

(2) These are but three examples of Reid's briberies. Altogether, he has bribed away hundreds of millions of taxpayer dollars for votes on his Healthcare Reform Agenda. I believe this is misappropriation of taxpayer dollars. I am seeking additional relief in an injunction to permanently bar this vote from going forward due to the criminal conduct of these Senators. No new law should have as its foundation, criminal activities committed by United States Senators.

(3) The United State District Courts have jurisdiction in the matter of lawsuits against the Federal Government, and/or Officers of the Federal Organization named, which is the Senate, in the Congress of the United States of America. The head of Legislative Branch of the Majority Party in the Senate is Senator Harry Reid. Both are named as Defendants. I am requesting a Jury trial for the above named Defendants, and John and Mary Doe Defendants to be named later.

(4) The United States Attorney for the United States District Court, Northern Indiana District, Fort Wayne, Indiana, is David Capp.

(5) The United States Attorney General is Eric Holder.

PLAINTIFF'S INFORMATION:

Name: Albert J. Sollars
Address: 1021 Spencer Avenue - Marion, (Grant County) IN 46952
Telephone: (765) 662-2832    765-661-0723 (cell)

Signature of Plaintiff: _Albert Sollars_    Date: December 23, 2009