FILED

UNITED STATES DISTRICT COURT
Northern Indiana District
1300 South Harrison Street
Fort Wayne, IN 46802

2010 JAN 15 AM 9: 52

STEP... ...UD...  ...E:K
U.S. ... ...
FOR THE NOR...HE...H DISTRICT
OF INDIANA

January 15, 2010

AMENDED COMPLAINT #1 for
Case #: 1109CV361, originally filed December 23, 2009.

PLAINTIFF:
Albert J. Sollars - 1021 Spencer Avenue - Marion (Grant County) Indiana 46952.

DEFENDANTS:
Senator Harry Reid  522 Hart Senate Office Building  Washington D.C. 20510
Senator Bernard Sanders  332 Dirksen Senate Office Building  Washington D.C. 20510
Senator Mary L. Landrieu  328 Hart Senate Office Building  Washington D.C. 20510
Senator Ben Nelson  716 Hart Senate Office Building  Washington D.C. 20510
Senator Patrick J. Leahy  433 Russell Senate Office Building  Washington D.C. 20510
Senator Christopher J. Dodd  448 Russell Senate Office Building  Washington D.C. 20510
Senator Max Baucus  511 Hart Senate Office Building  Washington D.C. 20510
Senator Bill Nelson 720 Hart Senate Office Building  Washington D.C. 20510
John and Mary Doe unspecified Defendants, 1 thru 150, to be named later, whose
   addresses are unknown at this time.


Statute cited for basis for lawsuit:
United States Code Title 18 – Crimes and Criminal Procedure
CITE: 18 USC 201
Chapter 11 - Bribery, Graft, and Conflicts of Interest
Section 201 - Bribery of public officials and witnesses

(a) For the purpose of this section—
    (1) The term 'public official' means Members of Congress, Delegate, or Resident
        Commissioner, either before of after such official has qualified, or an officer or
        employee or person acting for or on behalf of the United States, or any Department,
        Agency, or branch of Government thereof…etc, etc.
    (2) …
    (3) The term 'official act' means any decision or action on any question, matter, cause,
        suit, proceeding or controversy, which may at any time be pending, or which may by
        law be brought before any public official, in such official's official capacity, or in such
        official's place of trust or profit.
(b) Whoever—
    (1) Directly or indirectly, corruptly gives, offers or promises anything of value to any
        public official or person who has been selected to be a public official, or offers or
        promises any public official or any person who has been selected to be a public
        official to give anything of value to any other person or entity, with intent—
            (A) to influence any official act…;
    (2) Being a public official or person selected to be a public official, directly or indirectly,
        Corruptly demands, seeks, receives, accepts, or agrees to receive or accept
        anything of value personally or for any other person or entity, in return for:
            (A) Being influenced in the performance of any official act;

COMPLAINT:

(1)     Apparently, it has come to the point in the United States Senate that some Senators will not cast a vote based on the merits of a Bill, but instead cast their vote based on the amount of a bribe they can receive from the Majority Party Leader in the Senate, Senator Harry Reid.

(2)     United States Congressional Senators are public officials. 18 USC 201 (a) (1). Voting on a Bill, pending in the Senate of the Congress, by a Senator, is an official act. 18 USC 201 (a) (3).

(3)     I am suing these Defendants for fifty million dollars ($50,000,000) each for Bribery and Corruption in the performance of their duties. The Bribery Statute, 18 U.S. Code 201, prohibits Federal Public Officials from corruptly seeking, receiving, or agreeing to receive "bribes," that is anything of value personally, or for another person or entity, in return for being influenced in the performance of an official act. 18 USC 201 (a) & (b). The bribery is consummated upon the offer and acceptance, whether or not the money actually changes hands or is disbursed to its intended entity. 18 USC 201 (a 3 and b 1 & 2). All nine Defendants have publicly admitted they participated in this "pay me for my vote" scheme.

(4)     Senator Harry Reid, a member of Congress and thereby a public official, did violate this Bribery Statute by offering things of value to influence at least eight Senators (listed above and below), in the performance of their official acts of voting. His goal was to pay them from the United States Treasury, to cast a "Yes" vote on the Health Care Bill then pending in the Senate. Each one of them did agree to accept the monetary offer and sold their vote of "Yes" on the Health Care Bill. The Bill passed in the Senate on 12-24-2009. Nowhere in the Code does it exempt Senators from bribing other Senators, and the provisions of the Code specifically apply to members of Congress 18 USC 201 (a) & (b). All nine Senators have publicly admitted that they participated in this "pay for my vote" scheme.

(5)     Senator Bernard Sanders (Vermont) sold his vote for a bribe of a $10 billion increase in support for community health centers, which was offered by Senator Reid, and accepted by Senator Sanders. He changed his vote from "No" to "Yes." Sanders' thing of value which he would receive from his electorate in Vermont, was increased popularity and an election victory to return himself to the Senate. He changed his vote due to direct influence and bribery from Harry Reid, the said $10 billion payments to other entities, which are community health centers, in violation of 18 USC 201 (a) & (b).

(6)     Senator Ben Nelson (Nebraska) sold his vote for a bribe of a $100 million increase in Medicaid for his home State of Nebraska. This is a direct act of Discrimination by Sanders and Reid, against all other 49 States, who must keep paying for their own Medicare. Reid made the offer and Nelson accepted the bribe. He changed his vote from "No" to "Yes." Nelson's thing of value which he would receive from his electorate in Nebraska, was increased popularity and an election victory to return himself to the Senate, plus the said $100 million payment to another entity, the Medicaid Program for Nebraska. It is public knowledge that Nelson had repeatedly said "No" on this vote because of his stance against abortion. He changed his vote due to direct influence and bribery from Harry Reid in violation of 18 USC 201 (a) & (b).

(7)     Senator Mary Landrieu (Louisiana) sold her vote for a bribe of $300 million increase in Medicaid support for her home State of Louisiana. This is a direct act of Discrimination by Landrieu and Reid, against all other 49 States, who must keep paying for their own Medicaid.

Reid made the offer and Landrieu accepted the bribe. She changed her vote from "No" to "Yes." Landrieu's' thing of value which she hoped to receive from her electorate in Louisiana, was increased popularity and an election victory to return herself to the Senate, and $300 million dollars for other entities in the State of Texas. It is public knowledge that Landrieu had repeatedly said "No" on this vote, but changed her vote due to direct influence and bribery from Harry Reid, the said $300 million payment to another entity, the Medicaid Program for Louisiana. She made this statement publicly, "I got $300 million!" violating 18 USC 201 (a) & (b).

(8)     Senator Max Baucus (Montana) sold his vote for a bribe of an increase in Medicaid support for his home State of Montana. This is a direct act of Discrimination by Baucus and Reid, against all other 49 States, who must keep paying for their own Medicaid. Reid made the offer and Baucus accepted the bribe. He changed his vote from "No" to "Yes." Baucus' things of value which he would receive from his electorate in Montana would be increased popularity and an election victory to return himself to the Senate, plus payment of hundreds of millions of dollars in financial support for another entity, the Medicaid Program in Montana. He voted "Yes" due to direct influence and bribery from Harry Reid, violating 18 USC 201 (a) & (b).

(9)     Senator Christopher Dodd (Connecticut) sold his vote for a bribe of $100 million for construction of a hospital at a public university. Reid made the offer and Dodd accepted the bribe. He changed his vote from "No" to "Yes." Dodd's thing of value which he hoped to receive from his electorate in Connecticut, was increased popularity and an election victory to return himself to the Senate. It is public knowledge that Dodd is facing a difficult reelection next year, but changed his vote due to direct influence and bribery from Harry Reid, the said $100 million payment to another entity, a hospital, violating 18 USC 201 (a) & (b). (On January 6, 2010 Senator Dodd announced his retirement, from the Senate, effective later in 2010.)

(10)    Senator Bill Nelson, (Florida) sold his vote for a bribe of hundreds of millions of dollars for increased Medicare Advantage Plans for 800,000 seniors who are enrolled in these plans in Florida. This is a direct act of Discrimination by Nelson and Reid, against all other 49 States, whose Seniors enrolled in Medicare Advantage Plans will lose a great deal of their Medicare Advantage Plan Benefits under the new Health Care Bill. The Bill calls for $600 billion to be taken away from Medicare Advantage Plans. Reid made the offer and Nelson accepted the bribe. He changed his vote from "No" to "Yes." Nelson's thing of value which he hoped to receive from his electorate in Florida, was increased popularity and an election victory to return himself to the Senate, and the hundreds of million of dollars paid to other entities, the 800,000 persons receiving the benefits, violating 18 USC 201 (a) & (b).

(11)    Senator Patrick Leahy (Vermont) sold his vote for a bribe of a $600 million increase in Medicaid support for his home State of Vermont. This is a direct act of Discrimination by Leahy and Reid, against all other 49 States, who must keep paying for their own Medicaid. Reid made the offer and Leahy accepted the bribe. Leahy's thing of value which he hoped to receive from his electorate in Vermont, was increased popularity and an election victory to return himself to the Senate, plus payment to another entity, Vermont's Medicaid Program. His vote of "Yes" was due to direct influence and bribery from Harry Reid, violating 18 USC 201 (a) & (b).

(12)    Some of the Members of the Congress of the United States have become so corrupt that we must now pay many Senators tens of millions, or hundreds of millions, or billions of dollars for them to vote on a Bill. This entire scheme of paying Senators to vote pro or con for a Bill stinks to high heaven! This practice must be stopped, and stopped now, and these people must pay for their crimes, or the United States government and legal systems will unravel at the seams. Further, if this practice is allowed to continue, every member of Congress will demand payoffs for their votes, and it will quickly spread to State Legislators as well. It appears that the philosophy of these Senators, and President Barack Obama, who participated in, approved of,

and encouraged this activity to get "Obama's Health Care Bill" passed by the Senate, is, "Do whatever it takes to get it done. Lie, cheat and steal, the end justifies the means." Their philosophy is dead wrong. I assert that Harry Reid and the other eight Defendants named in this Complaint have committed criminal acts of Bribery, blatant acts of Discrimination against an overwhelming majority of Americans who are members in Medicare and Medicaid, and illegal use of taxpayer's monies to induce Senators to vote "Yes" on this Bill. I further believe that President Barack Hussein Obama is deeply involved also, but he is not being named as a Defendant at this time.

(13)    The citizens of the United States deserve better conduct from Members of Congress and their President, than blatant, brazen, illegal acts of Bribery. This Health Care Bill has as its foundation, corruption and criminal activities committed by United States Senators. I am requesting a Jury trial for the above named nine Defendants, and John and Mary Doe Defendants to be named later.

(14)    The United State District Courts have jurisdiction in the matter of lawsuits against the Federal Government, and/or Officers of the Federal Organization named, which is the Senate, in the Congress of the United States of America. The head of this Legislative Branch of the Majority Party in the Senate is Senator Harry Reid.

(15)    The United States Attorney for the United States District Court, Northern Indiana District, Fort Wayne, Indiana, is David Capp.

(16)    The United States Attorney General, based in Washington D.C., is Eric Holder.


PLAINTIFF'S INFORMATION:

Name:        Albert J. Sollars
Address:     1021 Spencer Avenue
City:        Marion
County:      Grant
State:       Indiana
Zip Code:    46952
Telephone:   (765) 662-2832

Signature of Plaintiff: _____    Date: <u>January 12, 2010</u>.